1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL SCIENTIFIC CORPORATION dba Surgitel,<br><br>        Plaintiffs,<br><br>v.<br><br>DEN-MAT HOLDINGS, LLC,<br><br>        Defendants. | Case No. 2:21-cv-08418-AB-AFMx<br><br>The Hon. Andre Birotte, Jr.<br>Crtrm. 7B<br><br>**ORDER GRANTING STIPULATION RE DISMISSAL** |

Based on the Stipulation of counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case is dismissed in its entirety with prejudice, each party to bear its own attorney fees and costs.

**IT IS SO ORDERED**

Dated:  June 21, 2022

_____
Hon. Andre Birotte, Jr.
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATION RE DISMISSAL